UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MARTINEZ, | ) | 1:04-CV-6469 REC DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #13) |
| M. D. LUNES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2006, plaintiff filed a motion to extend time to complete service documents and file a Notice of Submission of Documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to complete and submit the service documents pursuant to the court's order of March 3, 2006.

IT IS SO ORDERED.

Dated:   **May 1, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE