1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN R. MARTINEZ,                    )        1:04-CV-6469 OWW DLB P
                                          )
12        Plaintiff,                      )        SECOND   ORDER   GRANTING
                                          )        EXTENSION OF TIME
13        v.                              )        (DOCUMENT #16)
                                          )
14   M. D. LUNES, et al.,                 )
                                          )
15                                        )
          Defendants.                     )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   June 15, 2006, plaintiff filed a second motion to extend time to complete service documents and file a

19   Notice of Submission of Documents.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to complete and

22   submit the service documents pursuant to the court's order of March 3, 2006.

23        IT IS SO ORDERED.

24   **Dated:   June 29, 2006**               _____**/s/ Dennis L. Beck**_____
     3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28