IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ,, | 1:04-CV-6469 LJO DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF |
| vs. | FEBRUARY 9, 2007  AND GRANTING AN EXTENSION OF TIME TO RE-SUBMIT |
| M. LUNES, et al., | SERVICE DOCUMENTS [Document #18] |
| Defendants. | CLERK OF COURT DIRECTED TO SEND USM 285 FORMS, SUMMONS AND |
| _____/ | AMENDED COMPLAINT and DOCUMENT 12 |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On February 9, 2007, the Magistrate submitted findings and recommendations to United States District Judge Oliver W. Wanger to dismiss plaintiff's case for failure to comply with the court's order of March 3, 2006, for plaintiff to submit service documents.   On February 20, 2007, plaintiff filed objections to the findings and recommendations advising the court he had previously submitted the service documents on or about July 24, 2006, which the court did not receive.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. The findings and recommendations of  February 9, 2007, are VACATED; and

    2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summons, a

1

1  Notice of Submission of Documents form, and a copy of the Amended Complaint filed May 9, 2005.
2         3.  Plaintiff is GRANTED thirty days from the date of service of this order in which to re-
3  submit the service documents in accordance with the Court's Order (Document 12) served herewith
4  on plaintiff.

6         IT IS SO ORDERED.
7         **Dated:   March 28, 2007**                    **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE

2