EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
DAVID N. SUNADA, State Bar No. 139096
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone: (916) 327-7858
 Fax: (916) 324-5205
 Email: David.Sunada@doj.ca.gov

Attorneys for Defendants Lunes and Perez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN R. MARTINEZ,** | 1:04-CV-6469 LJO DLB PC |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME** |
| v. | |
| **M. D. LUNES, et al.,** | |
| Defendants. | |

On July 5, 2007, Defendants sought an extension of time of forty-five days, up to and including August 24, 2007, within which to file a responsive pleading.

Good cause appearing, Defendants' request is granted.

IT IS SO ORDERED.

Dated:   July 19, 2007              /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE

Order

1