IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | 1:04-cv-06469 LJO DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN |
| vs. | OPPOSITION TO MOTION TO DISMISS |
| M.D. LUNES, et al., | (DOCUMENT #29) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2007, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition.

IT IS SO ORDERED.

Dated:  October 5, 2007          /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE