1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN R. MARTINEZ,                    1:04-cv-06469-LJO-DLB-P

12              Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                                 **RECOMMENDATION** (Doc. 32)
13  vs.
                                 **ORDER DENYING MOTION TO**
14  M.D. LUNES, et al.,          **DISMISS** (Doc. 28)

15              Defendants.
    _____/
16

17      Plaintiff, John R. Martinez ("plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22      On December 19, 2007, the Magistrate Judge filed Findings

23  and a Recommendation herein which were served on the parties and

24  which contained notice to the parties that any objections to the

25  Findings and Recommendation were to be filed within thirty (30)

26  days.  To date, the parties have not filed objections to the

27  Magistrate Judge's Findings and Recommendation.

28  //

                                1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed December 19,

8  2007, are ADOPTED IN FULL;

9    2.   Defendants' motion to dismiss for failure to exhaust

10  and failure to state a claim, filed August 24, 2007, is DENIED,

11  without prejudice; and,

12    3.   Defendants respond to plaintiff's complaint within

13  **thirty (30) days** from the date of service of this order.

14  IT IS SO ORDERED.

15  **Dated:    February 13, 2008          /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28