UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M.D. LUNES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.: 1:04-cv-06469 LJO DLB P <br><br> ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SANCTION OF DISMISSAL OR TO COMPEL DEPOSITION <br><br> (Doc. 39). |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983.  On October 6, 2008, defendants filed a motion for sanctions of dismissal, or to compel plaintiff to take a deposition.  (Doc. 39).

Plaintiff is HEREBY ORDERED to respond to defendants' motion within twenty (20) days of service of this order.  Failure to comply with this court order may result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:    **October 7, 2008**              **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE