# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. MARTINEZ, | CASE NO. 1:04-cv-06469-LJO-DLB PC |
| Plaintiff, | ORDER DENYING AS MOOT REQUEST FOR REFERRAL FOR MEDIATION AND STAY OF PROCEEDINGS |
| v. | |
| M.D. LUNES, et al., | (Doc. 48) |
| Defendants. | |

Plaintiff John R. Martinez is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action. This action was dismissed by order filed July 6, 2009.

Plaintiff's request for a referral to mediation and a stay of proceedings, filed July 30, 2009, is moot and therefore denied.

IT IS SO ORDERED.

Dated:   **August 7, 2009**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1